IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Cr. No. 14-1444 JB |
| EDWARD ALBERT MARQUEZ, ) | |
| Defendant. ) | |

**FILED UNITED STATES DISTRICT COURT ALBUQUERQUE, NEW MEXICO**

**OCT 0 2 2014**

**MATTHEW J. DYKMAN CLERK**

## UNITED STATES' MOTION FOR DECREASE IN DEFENDANT'S OFFENSE LEVEL

Pursuant to U.S.S.G. § 3E1.1(b), the United States moves for a one-level downward adjustment in the defendant's sentencing guideline offense level, and as grounds therefore states as follows:

1. The defendant has clearly demonstrated acceptance of responsibility for his offense, and the defendant's offense level should therefore be decreased by two levels.

2. Moreover, the defendant has assisted authorities in the investigation or prosecution of this matter by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the United States to avoid preparing for trial and permitting the United States and the Court to allocate their resources efficiently.

3. Counsel for defendant does not oppose this motion.

WHEREFORE, pursuant to U.S.S.G. § 3E1.1(b), the defendant's offense level should be decreased by one additional level.

        Respectfully submitted,

        DAMON P. MARTINEZ
        United States Attorney

        */s/ Stephen R. Kotz*

        STEPHEN R. KOTZ
        Assistant U.S. Attorney
        P.O. Box 607
        Albuquerque, NM 87103

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of October, 2014, I filed the foregoing pleading electronically through the CM/ECF system, which is designed to cause counsel of record for the defendant to be served by electronic means.

_/s/ Stephen R. Kotz_____
STEPHEN R. KOTZ
Assistant U.S. Attorney