IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 02 2014

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Cr. No. 14-1444 JB |
| EDWARD ALBERT MARQUEZ, | ) |
| Defendant. | ) |

## ORDER

**THIS MATTER** has come before the Court on the written Motion of the United States Attorney for the District of New Mexico to decrease the offense level by one additional level in sentencing the above-named defendant pursuant to U.S.S.G. § 3E1.1(b). The Court being fully advised in the premises, finds that the defendant's offense level should be decreased by one additional level for acceptance of responsibility.

**IT IS THEREFORE ORDERED** that the offense level be decreased by one additional level in sentencing the above-named defendant.

_____
UNITED STATES DISTRICT JUDGE