# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | | | |
|---|---|---|---|---|---|
| CR No. | 14-1444 | | USA v. | Marquez | |
| Date: | 10/2/2014 | | Name of Deft: | Edward Albert Marquez | |
| Before the Honorable | | James O. Browning | | | |
| Time In/Out: | 9:06 a.m./9:45 a.m. | | Total Time in Court: | :39 | |
| Clerk: | K'Aun Wild | | Court Reporter: | Mary Seal | |
| AUSA: | Steve Kotz | | Defendant's Counsel: | Doug Couleur (Retained) | |
| Sentencing in: | ABQ | | Interpreter: | N/A | |
| Probation Officer: | Tina Parde | | Sworn? | Yes | No |
| Convicted on: | X Plea | Verdict | As to: | X Information | Indictment |
| Plea: | Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | Counts 1 and 2 | |
| Plea Agreement: | X Accepted | Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | May 1, 2014 | | PSR: | X Not Disputed | Disputed |
| PSR: | X | Court Reviewed PSR Factual Findings and USSG Calculations and Adopts as Its Own | Evidentiary Hearing: | X Not Needed | Needed |
| Exceptions to PSR: | None | | | | |

### SENTENCE IMPOSED

| | | | |
|---|---|---|---|
| Imprisonment (BOP): | N/A | | |
| Supervised Release: | | Probation: 3 years | 500-Hour Drug Program |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | X | Home confinement for 8 months w/location monitoring/RF technology |
| | Comply with ICE laws and regulations | | Community service for _____ months _____ days |
| | ICE to begin removal immediately or during sentence | | Reside halfway house _____ months _____ days |
| | Participate in outpatient substance abuse program | | Register as sex offender |
| | Participate in outpatient mental health program | | Participate in sex offender treatment program |
| | No alcohol or other forms of intoxicants | | Possess no sexual material |
| | Submit to search of person/property | | No computer with access to online services |
| | No contact with victim(s) and/or co-Deft(s) | | No contact with children under 18 years |
| | No entering, or loitering near, victim's | | No volunteering where children supervised |
| X | Provide financial information | | Restricted from occupation with access to |
| | Grant limited waiver of confidentiality | | No loitering within 100 feet of school yards |

OTHER:
--The Defendant will be prohibited from incurring new credit charges, opening additional lines of credit or negotiating or consummating any financial contracts without prior approval of the probation officer.

--The Defendant shall pay $297,842 to the Internal Revenue Service in monthly installments of $8,000.00 to commence no later than February 2015.

| | | | |
|---|---|---|---|
| Fine: $ | 0.00 | Restitution: $ | 0.00 |

| SPA: | $ | 200.00 | | Payment Schedule: | X | Due Immediately | | Waived |
|---|---|---|---|---|---|---|---|---|
| OTHER: | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| X | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement | |
| | Held in Custody | | Voluntary Surrender | |
| | Recommended place(s) of incarceration: | | | |
| | Dismissed Counts: | | | |
| OTHER COMMENTS | Theresa Lotto, case agent, present w/AUSA. Court notes plea agreement calls for third level reduction based on acceptance; AUSA tenders written motion and proposed form of order re: same; Court grants/signs. Defense counsel addresses Court. Defendant allocutes. AUSA addresses Court – does not oppose sentence of probation. 9:17 a.m. Court confers w/USPO at bench off record; 9:25 a.m. Open court. Court announces proposed sentence - accepts plea agreement – varies downward – provides findings to support imposition of special conditions. | | | |